# EXHIBIT A

2011119623  DEED BOOK **22546** Pg **691**

Filed and Recorded:
7/15/2011 1:46:21 PM
Debra DeBerry
Clerk of Superior Court
DeKalb County, Georgia

When Recorded, Return to:
Attn: Anthony DeMarlo/Foreclosure Dept/nm
McCurdy & Candler, L.L.C.
3525 Piedmont Road NE, Six Piedmont Center, Suite 700
Atlanta, GA 30305

STATE OF GEORGIA
COUNTY OF FULTON

File No. 11-04052
MIN# 1000157-0007503291-8

## ASSIGNMENT OF SECURITY DEED

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc. as nominee for Countrywide Home Loans, Inc., its successors and assigns (hereinafter referred to as "Assignor") hereby sells, assigns, transfers, sets over and conveys without recourse unto BAC Home Loan Servicing, LP FKA Countrywide Home Loans Servicing LP (hereinafter referred to as "Assignee"), whose address is 7105 Corporate Drive Plano, TX 75024, that certain Security Deed or Deed to Secure Debt executed by Bahaeddin Kharazmi to Mortgage Electronic Registration Systems, Inc. as nominee for Countrywide Home Loans, Inc., its successors and assigns and dated November 29, 2006, recorded in Deed Book 19515, Page 633, Clerk's Office, Superior Court of DeKalb County, Georgia, together with the real property therein described, which has the property address of 4561 Olde Perimeter Way #2204, Atlanta, GA 30346; and also the indebtedness described in said Deed and secured thereby, having this day been transferred and assigned to the said Assignee together with all of Assignor's right, title and interest in and to the said Deed, the property therein described and the indebtedness secured; and the said Assignee is hereby subrogated to all the rights, powers, privileges and securities vested in Assignor under and by virtue of the aforesaid Security Deed or Deed to Secure Debt.

This Assignment of Security Deed is executed on this 25 day of June, 20 11.

Signed, sealed and delivered
in the presence of:

[SEAL: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS CORPORATE SEAL 1999 DELAWARE]

Mortgage Electronic Registration Systems, Inc. as nominee for Countrywide Home Loans, Inc., its successors and assigns

By: _____
~~Jessica Price~~ co Christina Daymude
Its: Vice President

_Christine Jones_
Unofficial Witness CHRISTINE JONES

By: _____
~~J. Michael Bogan~~ AMY DELAPAZ
Its: Vice President

_Michael Ballmann_
Notary Public
My Commission Expires: 3-15-14

[SEAL: MICHAEL J. BALLMANN
Notary Public - Arizona
Maricopa County
My Commission Expires
March 15, 2014]

(See Attached Exhibit "A")

page 142