IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BAHAEDDIN KHARAZMI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil File Action No. |
| | ) | 1:11-CV-2933-AT |
| v. | ) | |
| | ) | |
| BANK OF AMERICA N.A. SUCCESSORY BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRY WIDE HOME LOANS SERVICING, LP, THE BANK OF NEW YORK TRUSTEE FOR CWABS ASSET-BACKED CERTIFICATES TRUST 2006-24 | ) | |
| Defendants. | | |

**PLAINITTIF'S RESPONSE TO BANK DEFENDANT'S REQUEST FOR LEAVE TO FILE NOTICE OF SUPPLAMENTAL AUTHORITY**

COME NOW, Bahaeddin Kharazmi, by and through counsel and files this response to Bank Defendant's request for leave to file notice of supplemental authority as follows:

**Argument**

Plaintiff does not believe the information provided bears weight on the case at bar. The plaintiff in that case was pro se and did not file a response to the Motion to Dismiss. The Defendants in this case and prior counsel entered into a consent order to enjoin the foreclosure sale in an effort to prevent the defendants from providing documentation requested by the court.

## CONCLUSION

Plaintiff believes that if given the opportunity to proceed into discovery he may prevail on the merits of his case.

        /s/ Latrice L. Latin
        Latrice L. Latin
        Counsel for Plaintiff
        llatin@latinlawgroupllc.com
        Georgia Bar No. 116907

The Latin Law Group, LLC
P.O. Box 870228
Stone Mountain, GA 30087
(404) 885-5764 (phone)
(678) 802-6425 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BAHAEDDIN KHARAZMI, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Litigation Action: |
| | ) | 1:11-CV-2933-AT |
| v. | ) | |
| | ) | |
| BANK OF AMERICA N.A. SUCCESSORY BY | ) | |
| MERGER TO BAC HOME LOANS | ) | |
| SERVICING, LP FKA COUNTRY WIDE HOME | ) | |
| LOANS SERVICING, LP, THE BANK OF NEW | ) | |
| YORK TRUSTEE FOR CWABS ASSET- | ) | |
| BACKED CERTIFICATES TRUST | ) | |
| 2006-24 | ) | |
| Defendants. | | |

**CERTIFICATE OF SERVICE, FONT AND MARGIN**

I hereby certify that on October 31, 2011, I electronically filed the foregoing *Plaintiff Response to Bank Defendant's Request for Leave to file notice of Supplemental Authority* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

I further certify that I prepared this document in 14 point Times New Roman font and Complied with the margin and type requirements for this Court.

                                                    /s/ Latrice L. Latin
                                                  Latrice L. Latin
                                                  Counsel for Plaintiff
                                                  llatin@latinlawgroupllc.com
                                                  Georgia Bar No. 116907

The Latin Law Group, LLC
P.O. Box 870228
Stone Mountain, GA 30087
(404) 885-5764 (phone)
(678) 802-6425 (fax)